Kenneth W. Harper
Quinn N. Plant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
509-575-0313
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SADDLE MOUNTAIN MINERALS, L.L.C., <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> CITY OF RICHLAND, a Washington municipal corporation, <br><br> Defendant. | NO. 4:22-cv-05055-TOR <br><br> ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND |

Defendant City of Richland (the "City") answers plaintiff's Complaint and Land Use Petition (the "Complaint") as follows:

**INTRODUCTION**

1. Answering the first and second sentences of paragraph 1 of the Complaint, the City denies the same. Answering the third sentence of paragraph 1 of the Complaint, said sentence makes no allegations against the City and no answer is therefore required from the City. To the extent an

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 1

answer is required, the City admits that the plaintiff filed the Complaint and denies the existence of any "wrongs."

## PARTIES

2. Answering paragraph 2 of the Complaint, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

3. Answering paragraph 3 of the Complaint, the City admits the same.

## JURISDICTION AND VENUE

4. Answering paragraph 4 of the Complaint, the City admits the same, subject to removal of this action to federal court.

5. Answering paragraph 5 of the Complaint, the City admits the same, subject to removal of this action to federal court.

## FACTS

6. Answering paragraph 6 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 2

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

7. Answering paragraph 7 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

8. Answering paragraph 8 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits only the existence of a deed recorded on June 28, 1988, which speaks for itself, and denies any other or different characterization of same.

9. Answering paragraph 9 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits only the existence of a deed recorded on June 28, 1988, which speaks for itself, and denies any other or different characterization of same.

10. Answering paragraph 10 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits only the existence of

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 3

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

a deed recorded on June 28, 1988, which speaks for itself, and denies any other or different characterization of same.

11.  Answering paragraph 11 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City.  To the extent an answer is required, said paragraph makes legal conclusions to which no answer is required.  To the extent an answer is nevertheless required, the City admits only the existence of the deeds, which speak for themselves, and denies any other or different characterization of same.  The City denies each and every other allegation of said paragraph.

12.  Answering paragraph 12 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City.  To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

13.  Answering paragraph 13 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City.  To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 4

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

14. Answering paragraph 14 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits only the existence of case authority cited in paragraph 14 of the Complaint, which speaks for itself, and denies any other or different characterization of same.

15. Answering paragraph 15 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

16. Answering paragraph 16 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

17. Answering paragraph 17 of the Complaint, the City admits only the existence of RMC Title 23, which speaks for itself, and denies any other or different characterization of same.

18. Answering the first sentence of paragraph 18 of the Complaint, said sentence makes no allegations against the City and no answer is therefore

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 5

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

required from the City. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 18 of the Complaint, the City admits the same.

19. Answering paragraph 19 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits only the existence of RMC 23.22.030, which speaks for itself, and denies any other or different characterization of same.

20. Answering paragraph 20 of the Complaint, the City admits the same.

21. Answering paragraph 21 of the Complaint, the City admits only the existence of a letter from Planning Manager Mike Stevens dated March 24, 2022, which speaks for itself, and denies any other or different characterization of same. The City denies each and every other allegation of said paragraph.

22. Answering paragraph 22 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City denies the same.

23. Answering the first sentence of paragraph 23 of the Complaint, the sentence makes no allegations against the City and no answer is therefore

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 6

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

required from the City. To the extent an answer is required, the City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same. Answering the second sentence of paragraph 23 of the Complaint, said sentence erroneously characterizes the March 24, 2022, letter of Planning Manager Mike Stevens and, further, makes legal conclusions to which no answer is required. To the extent an answer is required, the City denies the same. The City denies each and every other allegation of said paragraph.

24. Answering the first sentence of paragraph 24 of the Complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the City denies the same. Answering the second sentence of paragraph 24 of the Complaint, said sentence makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City denies the same. Answering the third sentence of paragraph 24 of the Complaint, said sentence makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits that plaintiff seeks a remedy and denies that plaintiff is entitled to a remedy. The City denies each and every other allegation of said paragraph.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 7

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

**FIRST CAUSE OF ACTION: Land Use Petition**

25. Paragraphs 25-36 of the Complaint contain elements corresponding with a land use petition set forth in RCW 36.70C.070 of Washington's Land Use Petition Act ("LUPA"), Ch. 36.70C RCW, to which no response is required pursuant to RCW 36.70C.080(6). To the extent said allegations relate to claims other than those arising under LUPA, the City reincorporates its prior answers as if fully set forth herein.

26. In further answer, the plaintiff/petitioner failed to name and serve Croskrey Properties, LLC, the owner of Benton County Parcel No. 111881012147003 as identified in records of the Benton County Assessor within 21 days of March 24, 2022. For this reason, the LUPA petition is barred pursuant to RCW 36.70C.040(2).

**SECOND CAUSE OF ACTION: Due Process Violation**

27. Answering paragraph 37 of the Complaint, the City incorporates by reference each and every answer to allegations set forth in paragraphs 1-36 of the Complaint as though set forth in full.

28. Answering paragraph 38 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City is without information or

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 8

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

29. Answering paragraph 39 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits only the existence of the Richland Municipal Code, which speaks for itself, and denies any other or different characterization of same.

30. Answering paragraph 40 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits only the existence of the state and federal constitutions, each of which speaks for itself, and denies any other or different characterization of same.

31. Answering paragraph 41 of the Complaint, the City lacks information or knowledge sufficient to form a belief as to what plaintiff was "informed" or what the plaintiff "believes," and therefore denies the same. The City denies each and every other allegation of said paragraph.

32. Answering paragraph 42 of the Complaint, the City denies the same.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 9

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

33. Answering paragraph 43 of the Complaint, the City denies the same.

34. Answering the first sentence of paragraph 44 of the Complaint, said sentence makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits only that plaintiff seeks a declaratory judgment and denies that the plaintiff is entitled to a declaratory judgment. Answering the second, third, and fourth sentences of paragraph 44 of the Complaint, said sentences make legal conclusions to which no answer is required. To the extent an answer is required, the City denies the same. The City denies each and every other allegation of said paragraph.

**THIRD CAUSE OF ACTION: Taking of Property**

35. Answering paragraph 45 of the Complaint, the City incorporates by reference each and every answer to allegations set forth in paragraphs 1-44 of the Complaint as though set forth in full.

36. Answering paragraph 46 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits only the existence of Article I, Section 16 of the

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 10

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

Washington State Constitution, which speaks for itself, and denies any other or different characterization of same.

37. Answering paragraph 47 of the Complaint, the City denies the same.

38. Answering paragraph 48 of the Complaint, the City admits only the existence of a March 24, 2022, letter from Planning Manager Mike Stevens to plaintiff, which speaks for itself, and denies any other or different characterization of same. The City denies each and every other allegation of said paragraph.

39. Answering the first sentence of paragraph 49 of the Complaint, said sentence makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits only the existence of RMC 23.70.140, which speaks for itself, and denies any other or different characterization of same. Answering the second sentence of paragraph 49 of the Complaint, the City admits only the existence of a March 24, 2022, letter from Planning Manager Mike Stevens to plaintiff, which speaks for itself, and denies any other or different characterization of same. The City denies each and every other allegation of said paragraph.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 11

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

40. Answering the first sentence of paragraph 50 of the Complaint, the City denies the same. Answering the second sentence of paragraph 50 of the Complaint, the City admits only the existence of utility easements and improvements, to include streets and roads, and that some improvements were constructed for a public purpose and are used by the public. The City denies each and every other allegation of said paragraph.

41. Answering the first sentence of paragraph 51 of the Complaint, said sentence makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits that plaintiff seeks compensation and a declaratory judgment and denies that the plaintiff is entitled to compensation or a declaratory judgment. Answering the second, third, and fourth sentences of paragraph 51 of the Complaint, said sentences make legal conclusions to which no answer is required. To the extent an answer is required, the City denies the same. The City denies each and every other allegation of said paragraph.

42. Answering paragraph 52 of the Complaint, said paragraph makes no allegations against the City and no answer is therefore required from the City. To the extent an answer is required, the City admits that the plaintiff seeks compensation under the state and federal constitutions and denies that

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 12

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

plaintiff is entitled to compensation under the state or federal constitutions. The City denies each and every other allegation of said paragraph.

**FOURTH CAUSE OF ACTION: 42 U.S.C. 1983.**

43. Answering paragraph 53 of the Complaint, the City incorporates by reference each and every answer to allegations set forth in paragraphs 1-52 of the Complaint as though set forth in full.

44. Answering paragraph 54 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the City admits the same.

45. Answering paragraph 55 of the Complaint, said paragraph makes legal conclusions to which no answer is required. To the extent an answer is required, the Complaint appears to challenge hundreds or even thousands of unspecified land use decisions, which are not identified in the Complaint. The City is without information or knowledge sufficient to form a belief as to the truth of said allegations, and therefore denies the same.

46. Answering paragraph 56 of the Complaint, the City denies the same.

47. Answering paragraph 57 of the Complaint, the City denies the same.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 13

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

48. Except to the extent specifically admitted above, the City denies each and every remaining allegation of the Complaint.

## PLAINTIFF'S PRAYER FOR RELIEF

The City denies that plaintiff is entitled to any of the relief requested in the section of the Complaint styled "Prayer for Relief."

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the statute of limitations.

3. Plaintiff's claims are barred by the equitable doctrine of laches.

4. Plaintiff has failed to mitigate its damages.

5. Plaintiff's claims are not ripe.

6. Plaintiff has failed to exhaust its administrative remedies.

7. The damages alleged to have been sustained by plaintiff were proximately caused or materially contributed to by the acts or omissions of others, including plaintiff, over whom the City had no control, or right of control.

8. Plaintiff has failed to establish municipal liability pursuant to *Monnell v. Dep't of Social Services*, 436 U.S. 658 (1978).

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT
CITY OF RICHLAND - 14

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

9. The plaintiff has failed to join persons needed for just adjudication as set forth in Rule 12(b)(7) and Rule 19, including such persons who are or who may be directly affected by a determination of the matters and issues raised in the Complaint.

### DEFENDANT CITY OF RICHLAND'S PRAYER FOR RELIEF

WHEREFORE, defendant City of Richland having fully answered plaintiff's Complaint and having asserted its affirmative defenses, prays as follows:

1. That the Complaint be dismissed with prejudice and without an award of any relief of any kind whatsoever in favor of plaintiff.

2. For such other and further relief as the Court deems just and equitable.

3. For all of the City's costs and expenses incurred, including reasonable attorneys' fees as may be allowed by statute, contract, at law, or in equity.

DATED THIS 6th day of May, 2022.

s/ KENNETH W. HARPER
WSBA #25578
s/ QUINN N. PLANT
WSBA #31339
Menke Jackson Beyer, LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 15

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

1
2
3
4                                Attorneys for Defendant
5                                807 North 39th Avenue
6                                Yakima, Washington 98902
7                                Telephone: (509) 575-0313
8                                Fax: (509) 575-0351
                              Email: kharper@mjbe.com
                                            qplant@mjbe.com

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 16

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I filed the foregoing *Answer and Affirmative Defenses of the City of Richland* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

    Richard M. Stephens
    stephens@sklegal.pro

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                            s/Cindy Maley
                            Legal Assistant
                            Menke Jackson Beyer, LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT CITY OF RICHLAND - 17

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351