UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SADDLE MOUNTAIN MINERALS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RICHLAND, a municipal corporation of the State of Washington, <br><br> Defendant. | NO. 4:22-CV-5055-TOR <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration (ECF No. 40). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

**DISCUSSION**

Motions for reconsideration are generally disfavored. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 1

an intervening change in controlling law." *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "There may also be other, highly unusual, circumstances warranting reconsideration." *Id.*

Plaintiff "urges the Court to reconsider for the purpose of clarifying whether its decision to dismiss the claim was made under FRCP 56 or some other rule, such as FRCP 12, because no cross motion on that claim was made by the City." ECF No. 40 at 2. After full briefing and oral argument, the Court entered summary judgment in favor of Defendant on Plaintiff's Fourteenth Amendment claim. ECF No. 37 at 7. In doing so, the Court clearly cited its authority to *sua sponte* grant summary judgment in favor of the nonmoving party after the parties had a full and fair opportunity to address the issue. *See id.* (citing *Gospel Missions of Am. v. City of Los Angeles*, 328 F.3d 548, 553 (9th Cir. 2003); Fed. R. Civ. P. 56(f)(1)). No clarification is warranted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion for Reconsideration (ECF No. 40) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel. The file remains **OPEN**.

DATED June 21, 2023.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 2